UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO: 8:98-cr-342-T-26TBM

BERNARD RAMON HARPER,
#38035-018
_____/

**O R D E R**

On March 6, 2008, this Court entered a *sua sponte* order (1) appointing counsel for Defendant, directing the United States probation Office to provide a supplemental presentence report addressing the issues of whether Defendant is eligible and suitable for a sentence reduction pursuant to the provisions of Amendments 706 and 711 and United States Sentencing Guideline § 1B1.10, and (3) directing Defendant's counsel and Government counsel to file a response to the report in the event they could not agree upon an appropriate disposition of the matter. See docket 43. The Court now has the benefit of the report and counsels' responses. See dockets 48 and 53.

After careful review, the Court concludes that Defendant is not eligible for a sentence reduction for the reasons stated in the report and argued by the Government in its response. That is, because Defendant was properly classified as a career offender, see original Presentence Report at paragraph 23, Amendment 706, even had it been in effect at the time of Defendant's original sentencing, would not have lowered his applicable

sentencing guideline range. See United States v. Tingle, ___ F.3d ___, 2008 WL 1902055 (8th Cir. 2008); See United States v. Ware, 2008 WL 906410 *1 (D. N.H. 2008); United States v. McDougherty, 2008 WL 75297 * 4-5 (C.D. Cal. 2008) (and cases cited); United States v. Lemieux, 2008 WL 361016 *1 (D. N.H. 2008); United States v. Pizarro, 2008 WL 351581 *1 (D. N.H. 2008); see also United States v. Oliver, appellate case number 08-11140-E (11th Cir. May 22, 2008) (order denying motion for leave to appeal *in forma pauperis* stating that "[b]ecause appellant's sentencing guideline range was based on his career offender designation under § 4B1.1, he did not meet the eligibility requirements for a reduction of his sentence under § 3582(c)(2).").[1]

**DONE AND ORDERED** at Tampa, Florida, on June 4, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] This order is found at docket 47 of United States v. Oliver, case number 8:04-cr-227-T-26MAP.